LONGDOWD CORPORATION, Appellant, v. STRAIGHT IMPROVEMENT COMPANY, INC., et al., Defendants, and MILDRED VAN S. GWYNNE et al., Respondents.—

No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

FRANK MARRACCINI et al., Plaintiffs, v. FOOD FARM SUPERMARKET, INC., et al., Defendants. FOOD FARM SUPERMARKET, INC., Third-Party Plaintiff-Appellant, v. JOHN and STEVEN MILLER, INC., Third-Party Defendant-Respondent.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

RAMON MARTY, Respondent, v. EDUARDA MARTY, Appellant.—

In our opinion, plaintiff failed to establish: (a) the existence of a confidential relation between the parties when the alleged oral agreement was made; (b) the making of the alleged agreement; and (c) unjust enrichment of defendant at plaintiff's expense. Hence, on the basis of such proof, the court could not impress a constructive trust upon the subject premises. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.